PAMELA E. COGAN (SBN 105089)
ROBERT M. FORNI, JR. (SBN 180841)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063-2052
Telephone:    (650) 364-8200
Facsimile:    (650) 780-1701
E-mail:       pcogan@ropers.com, rforni@ropers.com

Attorneys for Defendant,
LIBERTY MUTUAL FIRE INSURANCE COMPANY
(erroneously sued herein as LIBERTY MUTUAL FIRE
INSURANCE COMPANY aka LIBERTY MUTUAL
INSURANCE COMPANY)

ADR

E-filing

FILED
JUL 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

RICHARD T. ABBATE,

          Plaintiff,

v.

LIBERTY MUTUAL FIRE INSURANCE
COMPANY, a corporation aka LIBERTY
MUTUAL INSURANCE COMPANY; and
DOES 1 through 10, inclusive,

          Defendants.

CASE NO. C08 03451 PVT

(Formerly Santa Clara County Superior Court
Case No. 1-08-CV-114237)

**REQUEST FOR JUDICIAL NOTICE IN
SUPPORT OF DEFENDANT LIBERTY
MUTUAL FIRE INSURANCE
COMPANY'S PETITION FOR REMOVAL
OF CIVIL ACTION UNDER 28 U.S.C. §
1441(b) [DIVERSITY JURISDICTION]**

     Pursuant to Rule 201 of the Federal Rules of Evidence, defendant LIBERTY MUTUAL FIRE INSURANCE COMPANY (erroneously sued herein as LIBERTY MUTUAL FIRE INSURANCE COMPANY aka LIBERTY MUTUAL INSURANCE COMPANY) hereby requests the Court take judicial notice of the following records:

     1.   The Summons and Complaint filed on October 10, 2006, in the Superior Court for the State of California in and for the County of Contra Costa, Case Number C06-02073, entitled *Santa Clara County Correctional Peace Officers Association, Inc., v. Richard T. Abbate and Edward Meyers*. True and correct copies of the Summons and Complaint in that action are attached hereto as Exhibit "A."

RC1/5151757.1/RMF

REQUEST FOR JUDICIAL NOTICE IN SUPPORT
OF DEFENDANT'S PETITION FOR REMOVAL

2. The First Amended Complaint filed on January 3, 2007, in the Superior Court for the State of California in and for the County of Contra Costa, Case Number C06-02073, entitled *Santa Clara County Correctional Peace Officers Association, Inc., v. Richard T. Abbate and Edward Meyers*. True and correct copies of the First Amended Complaint in that action is attached hereto as Exhibit "B."

Dated: July 28, 2008

ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/
PAMELA E. COGAN
ROBERT M. FORNI, JR.
Attorneys for Defendant,
LIBERTY MUTUAL FIRE INSURANCE COMPANY (erroneously sued herein as LIBERTY MUTUAL FIRE INSURANCE COMPANY aka LIBERTY MUTUAL INSURANCE COMPANY)