PAMELA E. COGAN (SBN 105089)
ROBERT M. FORNI, JR. (SBN 180841)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063-2052
Telephone:   (650) 364-8200
Facsimile:   (650) 780-1701
Email:   pcogan@rmkb.com, rforni@rmkb.com

Attorneys for Defendant,
LIBERTY MUTUAL FIRE INSURANCE COMPANY
(erroneously sued herein as LIBERTY MUTUAL FIRE
INSURANCE COMPANY aka LIBERTY MUTUAL
INSURANCE COMPANY)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

RICHARD T. ABBATE,

  Plaintiff,

v.

LIBERTY MUTUAL FIRE INSURANCE
COMPANY, a corporation aka LIBERTY
MUTUAL INSURANCE COMPANY; and
DOES 1 through 10, inclusive,

  Defendants.

CASE NO. C08 03451 PVT

(Formerly Santa Clara County Superior Court
Case No. 1-08-CV-114237)

**DECLARATION OF ROBERT M. FORNI, JR. IN SUPPORT OF DEFENDANT LIBERTY MUTUAL FIRE INSURANCE COMPANY'S PETITION FOR REMOVAL**

I, ROBERT M. FORNI, JR., declare:

1. I am an attorney at law licensed to practice before the courts of the State of California and the U.S. District Court for the Northern District of California, and an associate at the law firm of Ropers, Majeski, Kohn & Bentley, counsel of record for Defendant LIBERTY MUTUAL FIRE INSURANCE COMPANY (erroneously sued herein as LIBERTY MUTUAL FIRE INSURANCE COMPANY aka LIBERTY MUTUAL INSURANCE COMPANY), on whose behalf I make this declaration.

2. I have personal knowledge of the facts stated in this declaration, and could competently testify to them if called upon as a witness to do so.

3.      On July 3, 2008, I telephoned the office of plaintiff's counsel, Douglas Allen, and in his absence spoke with his assistant, Elena Fields. At that time, I requested that plaintiff's counsel provide to me invoices or other documentation of the attorney's fees and costs allegedly incurred to defend plaintiff in the action presently pending before the Contra Costa Superior Court, Case No. C06-02073, *Santa Clara County Correctional Peace Officers Association, Inc., v. Richard T. Abbate and Edward Meyers* (hereinafter "Underlying Action").

4.      On or about July 7, 2008, my office received a "transmittal memo" from Ms. Fields, dated July 3, 2008, enclosing invoices reflecting the attorney's fees and costs allegedly incurred by Mr. Allen to defend plaintiff in the Underlying Action. In her "transmittal memo," Ms. Fields advised that, to date, plaintiff has paid $24,180.91 in fees and costs incurred to defend him in the Underlying Action, and that, $22,468.06 in fees and costs remained unpaid. (A true and correct copy of the "transmittal memo" that I received from Ms. Fields is attached hereto as Exhibit "A.")

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 16th day of July, 2008 at Redwood City, California.

_____
Robert M. Forni, Jr.



**Burnett, Burnett & Allen**

# Transmittal Memo

To:      Mr. Robert Forni and Ms. Pamela Cogin
From:    Elena Fields
Date:    July 3, 2008
Subject: Abbate v. Liberty Mutual

Mr. Forni,

Per your request, enclosed are the invoices for the *CPOA v. Abbate, Meyers* matter. The dates of the invoices and statements are from 10/26/06 - 4/30/08 (there were not any fees or costs incurred in May 2008 and we are still calculating the fees and costs for June 2008). As of June 25, 2008, Mr. Abbate has paid **$24,180.91**. The amount owed to Burnett, Burnett & Allen, as of the billing statement dated 4/30/08, is $22,468.06

As to the status of the case, we have currently prepared and served on opposing counsel a "Demurrer to the First Amended Complaint." These papers went out for service today (July 3, 2008) by mail. County Process Service will be filing them on July 8, 2008. The court clerk will assign a hearing date when the papers are filed. As soon as I get that date, I will let you know.

Lastly, we do not have Mr. Abbate's declaration page for his insurance policy in our client files. I will contact Mr. Abbate as soon as possible and see if he has the declaration page.

If there is anything else you need, please feel free to contact our office at 408-298-6540.

Elena
Legal Assistant to Douglas B. Allen