1   PAMELA E. COGAN (SBN 105089)
    ROBERT M. FORNI, JR. (SBN 180841)
2   ROPERS, MAJESKI, KOHN & BENTLEY
    1001 Marshall Street, Suite 300
3   Redwood City, CA 94063-2052
    Telephone:    (650) 364-8200
4   Facsimile:    (650) 780-1701
    Email:    pcogan@rmkb.com, rforni@rmkb.com
5
6   Attorneys for Defendant,
    LIBERTY MUTUAL FIRE INSURANCE COMPANY
    (erroneously sued herein as LIBERTY MUTUAL FIRE
7   INSURANCE COMPANY aka LIBERTY MUTUAL
    INSURANCE COMPANY)
8

*ADR*
*E-filing*
*FILED*
JUL 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9               UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                    SAN JOSE DIVISION

12

**C08    03451    PVT**

13  RICHARD T. ABBATE,                    CASE NO.

14           Plaintiff,                    (Formerly Santa Clara County Superior Court
                                           Case No. 108CV11423)
    v.
15                                         **DEFENDANT LIBERTY MUTUAL FIRE**
    LIBERTY MUTUAL FIRE INSURANCE          **INSURANCE COMPANY'S**
16  COMPANY, a corporation aka LIBERTY     **CERTIFICATION OF INTERESTED**
    MUTUAL INSURANCE COMPANY; and          **PARTIES [Civ. L.R. 3-16]**
17  DOES 1 through 10, inclusive,

18           Defendants.

19

20          Pursuant to Civil L.R. 3-16, the undersigned, counsel of record for Defendant LIBERTY

21  MUTUAL FIRE INSURANCE COMPANY, certifies that the following listed persons,

22  associations of persons, firms, partnerships, corporations or other entities (i) have a financial

23  interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-

24  financial interest in that subject matter or in a party that could be substantially affected by the

25  outcome of this proceeding:

26      RICHARD T. ABBATE                   Plaintiff

27      LIBERTY MUTUAL FIRE                 Defendant (erroneously sued as LIBERTY
        INSURANCE COMPANY                   MUTUAL FIRE INSURANCE COMPANY
28                                          aka LIBERTY MUTUAL INSURANCE

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

1   COMPANY)

2   In addition, the parent corporations of Defendant LIBERTY MUTUAL FIRE

3   INSURANCE COMPANY are:

4       a.   Liberty Mutual Holding Company Inc.

5       b.   LMHC Massachusetts Holdings Inc.

6       c.   Liberty Mutual Group Inc.

7   These representations are made to enable the Court to evaluate possible disqualification or

8   recusal.

9   Dated: July _16_, 2008

         ROPERS, MAJESKI, KOHN & BENTLEY

11  By: _____

12  PAMELA E. COGAN
    ROBERT M. FORNI, JR.

13  Attorneys for Defendant,
    LIBERTY MUTUAL FIRE INSURANCE

14  COMPANY (erroneously sued herein as
    LIBERTY MUTUAL FIRE INSURANCE

15  COMPANY aka LIBERTY MUTUAL
    INSURANCE COMPANY)

16

17

18

19

20

21

22

23

24

25

26

27

28

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

RC1/5150862.1/RMF

- 2 -

DEFENDANT'S CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS