| | |
|---|---|
| **CASE NAME:** | Abbate v. Liberty Mutual Fire Insurance Co. |
| **ACTION NO.:** | U.S.D.C.-Northern District |
| | (Formerly Santa Clara County Superior Court Case |

**E-filing**

**C 08 - 03451 PVT**

**FILED**

**JUL 17 2008**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CERTIFICATE OF SERVICE

**METHOD OF SERVICE**

☒ First Class Mail    ☐ Facsimile    ☐ Messenger Service

☐ Overnight Delivery    ☐ E-Mail/Electronic Delivery

1. At the time of service I was over 18 years of age and not a party to this action and a citizen of the United States.

2. My business address is 1001 Marshall Street, Suite 300, Redwood City, CA 94063.

3. On July 17, 2008, I served the following documents:

**1. Civil Cover Sheet re: Removed from State Court;**

**2. Defendant Liberty Mutual Fire Insurance Company's Petition for Removal of Civil Action Under 28 U.S.C. § 1441(b) [Diversity Jurisdiction];**

**3. Declaration of Robert M. Forni, Jr., in Support of Defendant Liberty Mutual Fire Insurance Company's Petition for Removal;**

**4. Declaration of James Pugh in Support of Defendant Liberty Mutual Fire Insurance Company's Petition for Removal;**

**5. Request for Judicial Notice in Support of Defendant Liberty Mutual Fire Insurance Company's Petition for Removal of Civil Action Under 28 U.S.C. § 1441(b) [Diversity Jurisdiction];**

**6. Certificate of Interested Parties [Civ. L.R. 3-16]**

5.  I served the documents on the persons at the address below (along with their fax numbers and/or email addresses if service was by fax or email):

Douglas B. Allen, Esq.                    Attorneys for Plaintiff
**Burnett, Burnett & Allen**           Richard T. Abbate
333 West San Carlos Street, 8th Fl.
San Jose, CA 95110
Telephone: (408) 298-6540

6.  I served the documents by the following means:

   a.  ☒ By United States mail: I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses specified in item 4 and placed the envelope for collection and mailing, following our ordinary business practices.

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

a.  ☒ By United States mail: I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses specified in item 4 and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

b.  ☐ By overnight delivery: I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 4. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

c.  ☐ By messenger: I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 4 and providing them to a messenger for service. (<u>Separate declaration of personal service to be provided by the messenger.</u>)

d.  ☐ By fax transmission: Based on an agreement between the parties and in conformance with Fed. Rules Civ. Proc. rule 5, and/or as a courtesy, I faxed the documents to the persons at the fax numbers listed in item 4. (<u>Separate Proof of Transmission by Fax to be provided.</u>)

e.  ☐ By email or electronic transmission: Based on an agreement between the parties and/or as a courtesy, I sent the documents to the persons at the email addresses listed in item 4. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I am employed in the office of a member of the bar of this court at whose direction the service was made. I certify under penalty of perjury that the foregoing is true and correct.

Date: July 17, 2008

Linda M. Love
Type Name                                    Signature

RC1/5152433.1/LL2
DRAFT 7/17/08 08:48 AM

- 2 -

PROOF OF SERVICE-