1  PAMELA E. COGAN (SBN 105089)
   ROBERT M. FORNI, JR. (SBN 180841)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 300
3  Redwood City, CA 94063-2052
   Telephone:   (650) 364-8200
4  Facsimile:   (650) 780-1701
   Email:       pcogan@rmkb.com, rforni@rmkb.com
5
   Attorneys for Defendant,
6  LIBERTY MUTUAL FIRE INSURANCE COMPANY
   (erroneously sued herein as LIBERTY MUTUAL FIRE
7  INSURANCE COMPANY aka LIBERTY MUTUAL
   INSURANCE COMPANY)
8
                UNITED STATES DISTRICT COURT
9
                NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN JOSE DIVISION
11

12 RICHARD T. ABBATE,                    CASE NO. C 08-03451 PVT

13           Plaintiff,                  DECLINATION TO PROCEED BEFORE A
                                         MAGISTRATE JUDGE AND REQUEST
14 v.                                    FOR REASSIGNMENT TO A UNITED
                                         STATES DISTRICT JUDGE BY
15 LIBERTY MUTUAL FIRE INSURANCE         DEFENDANT LIBERTY MUTUAL FIRE
   COMPANY, a corporation aka LIBERTY    INSURANCE COMPANY
16 MUTUAL INSURANCE COMPANY; and
   DOES 1 through 10, inclusive,
17
             Defendants.
18

19

20       TO PLAINTIFF RICHARD T. ABBATE, HIS ATTORNEY OF RECORD, AND

21 THE CLERK OF THE ABOVE-ENTITLED COURT:

22       **PLEASE TAKE NOTICE** that the undersigned party hereby declines to consent to the

23 assignment of this case to a United States Magistrate Judge for trial and disposition and hereby

24 \ \ \ \

25 \ \ \ \

26 \ \ \ \

27 \ \ \ \

28 \ \ \ \

RC1/5153409.1/RMF

DECLINATION TO PROCEED BEFORE A
MAGISTRATE JUDGE
CASE NO. C 08-03451 PVT

1 | requests the reassignment of this case to a United States District Judge.

2 | Dated: July 17, 2008

ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/
PAMELA E. COGAN
ROBERT M. FORNI, JR.
Attorneys for Defendant,
LIBERTY MUTUAL FIRE INSURANCE COMPANY (erroneously sued herein as LIBERTY MUTUAL FIRE INSURANCE COMPANY aka LIBERTY MUTUAL INSURANCE COMPANY)

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

RC1/5153409.1/RMF

- 2 -

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
CASE NO. C 08-03451 PVT