**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

**July 18, 2008**

CASE NUMBER: CV 08-03451 PVT
CASE TITLE: RICHARD T. ABBATE-v-LIBERTY MUTUAL FIRE INSURANCE COMPANY, ET AL

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.

**Honorable James Ware** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JW** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date:  7/18/2008

FOR THE EXECUTIVE COMMITTEE:

_____
Richard W. Wieking
Clerk

NEW CASE FILE CLERK:     7/18/2008

| | | | |
|---|---|---|---|
| Copies to: Courtroom Deputies | 7/18/2008 | Special Projects | |
| Log Book Noted | 7/18/2008 | Entered in Computer | 7/18/2008 |

CASE SYSTEMS ADMINISTRATOR:

| | | | |
|---|---|---|---|
| Copies to:  All Counsel | 7/18/2008 | Transferor CSA | 7/18/2008 |