PAMELA E. COGAN (SBN 105089)
ROBERT M. FORNI, JR. (SBN 180841)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063-2052
Telephone:   (650) 364-8200
Facsimile:    (650) 780-1701
Email:          pcogan@rmkb.com, rforni@rmkb.com

Attorneys for Defendant,
LIBERTY MUTUAL FIRE INSURANCE COMPANY
(erroneously sued herein as LIBERTY MUTUAL FIRE
INSURANCE COMPANY aka LIBERTY MUTUAL
INSURANCE COMPANY)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD T. ABBATE,<br><br>            Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY, a corporation aka LIBERTY MUTUAL INSURANCE COMPANY; and DOES 1 through 10, inclusive,<br><br>            Defendants. | CASE NO. CO8-03451 JW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT LIBERTY MUTUAL FIRE INSURANCE COMPANY'S TIME TO RESPOND TO COMPLAINT** |

**IT IS HEREBY STIPULATED** and agreed by and between plaintiff RICHARD T. ABBATE, and defendant LIBERTY MUTUAL FIRE INSURANCE COMPANY (erroneously sued herein as LIBERTY MUTUAL FIRE INSURANCE COMPANY aka LIBERTY MUTUAL INSURANCE COMPANY), by and through their respective counsel, that the time for defendant LIBERTY MUTUAL FIRE INSURANCE COMPANY to respond to plaintiff's complaint in this action shall be extended fourteen (14) days from July 24, 2008 up to and including August 7,

\ \ \ \

\ \ \ \

\ \ \ \

2008.

**IT IS SO STIPULATED.**

Dated: July 2̲3̲, 2008

BURNETT, BURNETT & ALLEN

By: _____
DOUGLAS B. ALLEN
Attorneys for Plaintiff
RICHARD T. ABBATE

Dated: July 23, 2008

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
PAMELA E. COGAN
ROBERT M. FORNI, JR.
Attorneys for Defendant
LIBERTY MUTUAL FIRE INSURANCE COMPANY (erroneously sued herein as LIBERTY MUTUAL FIRE INSURANCE COMPANY aka LIBERTY MUTUAL INSURANCE COMPANY)

**ORDER**

Pursuant to stipulation, **IT IS SO ORDERED.**

Dated: July ____, 2008

_____
Hon. James Ware
United States District Judge

RC1/5156446.1/RMF

- 2 -

STIPULATION AND ORDER EXTENDING
DEFENDANT'S TIME TO RESPOND TO COMPLAINT
Case No. C08-03451 JW