PAMELA E. COGAN (SBN 105089)
ROBERT M. FORNI, JR. (SBN 180841)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063-2052
Telephone:   (650) 364-8200
Facsimile:    (650) 780-1701
Email:          pcogan@rmkb.com, rforni@rmkb.com

Attorneys for Defendant,
LIBERTY MUTUAL FIRE INSURANCE COMPANY
(erroneously sued herein as LIBERTY MUTUAL FIRE
INSURANCE COMPANY aka LIBERTY MUTUAL
INSURANCE COMPANY)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD T. ABBATE,<br><br>                  Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY, a corporation aka LIBERTY MUTUAL INSURANCE COMPANY; and DOES 1 through 10, inclusive,<br><br>                  Defendants. | CASE NO. CO8-03451 JW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT LIBERTY MUTUAL FIRE INSURANCE COMPANY'S MOTION TO DISMISS SECOND AND FOURTH CAUSES OF ACTION, WITH PREJUDICE [Fed. R. Civ. Pro. 9, 12(b)(6)]**<br><br>Date: Monday, November 3, 2008<br>Time: 9:00 a.m.<br>Ctrm: 8, 4th Floor<br><br>Hon. James Ware |

The motion of Defendant, LIBERTY MUTUAL FIRE INSURANCE COMPANY ("Liberty Mutual"), for an order dismissing the second and fourth causes of action alleged against Liberty Mutual in the complaint in this action, with prejudice, pursuant to Rules 9 and 12(b)(6) of the Federal Rules of Civil Procedure came on regularly for hearing before this Court on Monday, November 3, 2008 at 9:00 a.m. All parties with an interest in the motion appeared at the hearing and were represented by counsel, including Plaintiff, RICHARD T. ABBATE, who was represented by Douglas B. Allen of Burnett, Burnett & Allen; and Defendant, which was represented by Pamela E. Cogan and Robert M. Forni, Jr., of the law offices of Ropers, Majeski,

Kohn & Bentley.

Having considered the papers and arguments of the parties, and good cause appearing therefore, the Court finds that Plaintiff has failed to state a claim for fraud upon which relief can be granted because he has alleged no set of facts under which Liberty Mutual may held liable for fraud in that the Complaint fails to state with particularity the circumstances constituting the alleged fraud; Plaintiff has not, and cannot as a matter of law, state a claim for breach of fiduciary duty upon which relief can be granted because California law, which governs this diversity action, does not recognize a cause of action for breach of fiduciary duty between an insured and an insurer; further amendment to the Complaint to state a claim for fraud and breach of fiduciary duty against Liberty Mutual would be futile; and any amended complaint would also be subject to dismissal. Accordingly, the Court **GRANTS** Defendant's motion, and hereby orders the following: plaintiff's second cause of action alleged against Liberty Mutual in the Complaint on file in this action shall be, and hereby is, dismissed with prejudice; and plaintiff's fourth cause of action alleged against Liberty Mutual in the Complaint on file in this action shall be, and hereby is, dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: November ____, 2008

_____
Hon. James Ware
United States District Court Judge

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

RC1/5162841.1/RMF

- 2 -

[PROPOSED] ORDER GRANTING MOTION TO DISMISS SECOND AND FOURTH CAUSES OF ACTION
Case No. CO8-03451 JW