**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Richard Abbate, | No. C 08-03451 JW |
| Plaintiff, | **ORDER VACATING REFERRAL TO THE COURT'S ADR PROGRAM** |
| v. | |
| Liberty Mutual Fire Insurance Co., et al., | |
| Defendant. | |

In its November 20, 2008 Scheduling Order, the Court ordered the parties to contact the Court's ADR program on or before December 4, 2008. (See Docket Item No. 29.) In light of the Court's October 21, 2008 Order (Docket Item No. 21) adopting the parties' Stipulation regarding the ADR process, the Court VACATES its deadline for the parties to contact the ADR program.

Dated: November 24, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Douglas B. Allen burnettburnettallen@yahoo.com
Pamela E. Cogan pcogan@rmkb.com
Robert Mario Forni rforni@ropers.com

**Dated: November 24, 2008**          **Richard W. Wieking, Clerk**

                                                   **By: /s/ JW Chambers**
                                                       **Elizabeth Garcia**
                                                       **Courtroom Deputy**

**United States District Court**
For the Northern District of California