1  PAMELA E. COGAN (SBN 105089)
   ROBERT M. FORNI, JR. (SBN 180841)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 300
3  Redwood City, CA 94063-2052
   Telephone:    (650) 364-8200
4  Facsimile:    (650) 780-1701
   Email:        pcogan@rmkb.com, rforni@rmkb.com
5
   Attorneys for Defendant, LIBERTY MUTUAL FIRE
6  INSURANCE COMPANY (erroneously sued herein as
   LIBERTY MUTUAL FIRE INSURANCE COMPANY
7  aka LIBERTY MUTUAL INSURANCE COMPANY)

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                            SAN JOSE DIVISION

11

12  RICHARD T. ABBATE,                    CASE NO. C 08-03451 JW

13              Plaintiff,                STIPULATION AND [PROPOSED] ORDER
                                          EXTENDING DEFENDANT LIBERTY
14  v.                                    MUTUAL FIRE INSURANCE COMPANY'S
                                          TIME TO RESPOND TO PLAINTIFF'S
15  LIBERTY MUTUAL FIRE INSURANCE         FIRST AMENDED COMPLAINT
    COMPANY, a corporation aka LIBERTY
16  MUTUAL INSURANCE COMPANY; and
    DOES 1 through 10, inclusive,
17
                Defendants.
18

19       It is hereby stipulated by and between plaintiff RICHARD T. ABBATE and defendant,

20  LIBERTY MUTUAL FIRE INSURANCE COMPANY (erroneously sued herein as LIBERTY

21  MUTUAL FIRE INSURANCE COMPANY aka LIBERTY MUTUAL INSURANCE

22  COMPANY), through their respective attorneys of record, that defendant shall have up to and

23  \ \ \ \
24  \ \ \ \
25  \ \ \ \
26  \ \ \ \
27  \ \ \ \
28  \ \ \ \

RC1/5247254.1/RL1                    -1-           STIPULATION EXTENDING TIME TO RESPOND
                                                      TO FIRST AMENDED COMPLAINT
                                                           CASE NO. 08-0345 JW

including February 9, 2009 to file and serve its response to plaintiff's First Amended Complaint on file in this action.

**IT IS SO STIPULATED.**

Dated: January 29, 2009

BURNETT, BURNETT & ALLEN

By: _____
DOUGLAS B. ALLEN
Attorneys for Plaintiff
RICHARD T. ABBATE

Dated: January 28, 2009

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
PAMELA E. COGAN
ROBERT M. FORNI, JR.
Attorneys for Defendant
LIBERTY MUTUAL FIRE INSURANCE COMPANY (erroneously sued herein as LIBERTY MUTUAL FIRE INSURANCE COMPANY aka LIBERTY MUTUAL INSURANCE COMPANY)

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 30, 2009

_____
Hon. James Ware
United States District Judge

- 2 -

STIPULATION EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT
CASE NO. 08-0345 JW