PAMELA E. COGAN (SBN 105089)
ROBERT M. FORNI, JR. (SBN 180841)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063-2052
Telephone:   (650) 364-8200
Facsimile:   (650) 780-1701
Email:       pcogan@rmkb.com, rforni@rmkb.com

Attorneys for Defendant, LIBERTY MUTUAL FIRE INSURANCE COMPANY (erroneously sued herein as LIBERTY MUTUAL FIRE INSURANCE COMPANY aka LIBERTY MUTUAL INSURANCE COMPANY)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD T. ABBATE,<br><br>    Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY, a corporation aka LIBERTY MUTUAL INSURANCE COMPANY; and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. C 08-03451 JW<br><br>STIPULATION AND [PROPOSED] ORDER<br>FOUND AS MOOT EXTENDING DEFENDANT<br>LIBERTY MUTUAL FIRE INSURANCE<br>COMPANY'S TIME TO RESPOND TO<br>PLAINTIFF'S FIRST AMENDED<br>COMPLAINT |

It is hereby stipulated by and between plaintiff RICHARD T. ABBATE and defendant, LIBERTY MUTUAL FIRE INSURANCE COMPANY (erroneously sued herein as LIBERTY MUTUAL FIRE INSURANCE COMPANY aka LIBERTY MUTUAL INSURANCE COMPANY), through their respective attorneys of record, that defendant shall have up to and

\\\\

\\\\

\\\\

\\\\

\\\\

\\\\

including February 13, 2009 to file and serve its response to plaintiff's First Amended Complaint on file in this action.

**IT IS SO STIPULATED.**

Dated: February 9, 2009

BURNETT, BURNETT & ALLEN

By: _____
DOUGLAS B. ALLEN
Attorneys for Plaintiff
RICHARD T. ABBATE

Dated: February 9, 2009

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
PAMELA E. COGAN
ROBERT M. FORNI, JR.
Attorneys for Defendant
LIBERTY MUTUAL FIRE INSURANCE COMPANY (erroneously sued herein as LIBERTY MUTUAL FIRE INSURANCE COMPANY aka LIBERTY MUTUAL INSURANCE COMPANY)

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The Stipulation is found as MOOT. Defendants have complied with the February 13, 2009 deadline.

Dated: February 20, 2009

_____
Hon. James Ware
United States District Judge