1  PAMELA E. COGAN (SBN 105089)
   ROBERT M. FORNI, JR. (SBN 180841)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 300
3  Redwood City, CA 94063-2052
   Telephone:   (650) 364-8200
4  Facsimile:   (650) 780-1701
   Email:      pcogan@rmkb.com, rforni@rmkb.com
5
   Attorneys for Defendant,
6  LIBERTY MUTUAL FIRE INSURANCE COMPANY
   (erroneously sued herein as LIBERTY MUTUAL FIRE
7  INSURANCE COMPANY aka LIBERTY MUTUAL
   INSURANCE COMPANY)
8

*IT IS SO ORDERED AS MODIFIED*

*James Ware*

*Judge James Ware*

                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

12  RICHARD T. ABBATE,                    CASE NO. C08-03451 JW

13              Plaintiff,                **DEFENDANT LIBERTY MUTUAL FIRE
                                          INSURANCE COMPANY'S NOTICE OF
14  v.                                    SETTLEMENT**

15  LIBERTY MUTUAL FIRE INSURANCE         **ORDER TO SHOW CAUSE RE:
    COMPANY, a corporation aka LIBERTY    SETTLEMENT**
16  MUTUAL INSURANCE COMPANY; and
    DOES 1 through 10, inclusive,
17
                Defendants.
18

19

20          **TO THE CLERK OF THE COURT, THE HONORABLE JAMES WARE, ALL**

21  **PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

22          **PLEASE TAKE NOTICE** that plaintiff, RICHARD T. ABBATE, and defendant,

23  LIBERTY MUTUAL FIRE INSURANCE COMPANY (erroneously sued herein as LIBERTY

24  MUTUAL FIRE INSURANCE COMPANY aka LIBERTY MUTUAL INSURANCE

25  COMPANY), have agreed to a settlement of the claims alleged in the above-referenced action.

26  The parties are in the process of preparing the dismissal, which defendant anticipates will be

27  \ \ \ \

28  \ \ \ \

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

RC1/5329560.1/RMF                              DEFENDANT'S NOTICE OF SETTLEMENT
                                               CASE NO. C08-03451 JW

1    completed and filed within the next thirty (30) days.

2    Dated:  June 24, 2009                    ROPERS, MAJESKI, KOHN & BENTLEY

3

4                                            By:

5                                                PAMELA E. COGAN
                                                 ROBERT M. FORNI, JR.
6                                                Attorneys for Defendant, LIBERTY
                                                 MUTUAL FIRE INSURANCE COMPANY
7                                                (erroneously sued herein as LIBERTY
                                                 MUTUAL FIRE INSURANCE COMPANY
8                                                aka LIBERTY MUTUAL INSURANCE
                                                 COMPANY)

9    *** ORDER ***

10

11        On June 24, 2009, the Defendant notified the Court that the above-entitled matter has

12   reached a settlement.  (See Docket Item No. 45.)  In light of the settlement, the Court vacates all

     trial and pretrial dates.  On or before **August 17, 2009**, the parties shall file a stipulated

13   dismissal pursuant to Federal Rule of Civil Procedure 41(a).  **The parties' Stipulated Dismissal
     shall include a statement regarding the Santa Clara County Correctional Peace Officers
14   Associations and the status of this entity with respect to the overall Settlement.**

15        If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No.

16   8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca on **August 31,
     2009 at 9 a.m.** and to show cause, if any, why the case should not be dismissed pursuant to Fed.
17   R. Civ. P. 41(b).  On or before **August 17, 2009**, the parties shall file a joint statement in
     response to the Order to Show Cause.  The joint statement shall set forth the status of the
18   activities of the parties for finalizing the settlement and how much additional time is requested
     to finalize and file the dismissal.  If a voluntary dismissal is filed as ordered, the Order to Show
19   Cause hearing will be automatically vacated.

20        Failure to comply with any part of this Order will be deemed sufficient grounds to

21   dismiss this action.

22

23   Dated:  July 1, 2009

24                                                JAMES WARE
                                                  United States District Judge
25

26

27

28

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City