1  PAMELA E. COGAN (SBN 105089)
   ROBERT M. FORNI, JR. (SBN 180841)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 300
3  Redwood City, CA 94063-2052
   Telephone:   (650) 364-8200
4  Facsimile:   (650) 780-1701
   Email:       pcogan@rmkb.com, rforni@rmkb.com
5
   Attorneys for Defendant,
6  LIBERTY MUTUAL FIRE INSURANCE COMPANY
   (erroneously sued herein as LIBERTY MUTUAL FIRE
7  INSURANCE COMPANY aka LIBERTY MUTUAL
   INSURANCE COMPANY)
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN JOSE DIVISION
11

12  RICHARD T. ABBATE,                    CASE NO. C08-03451 JW
13         Plaintiff,                     STIPULATION AND [PROPOSED]
                                          ORDER DISMISSING ACTION WITH
14  v.                                    PREJUDICE
15
    LIBERTY MUTUAL FIRE INSURANCE
16  COMPANY, a corporation aka LIBERTY
    MUTUAL INSURANCE COMPANY; and
17  DOES 1 through 10, inclusive,
18         Defendants.

19
20         **IT IS HEREBY STIPULATED** by and between plaintiff, RICHARD T. ABBATE, and

21  Defendant, LIBERTY MUTUAL FIRE INSURANCE COMPANY (erroneously sued herein as

22  LIBERTY MUTUAL FIRE INSURANCE COMPANY aka LIBERTY MUTUAL INSURANCE

23  COMPANY), by and through their attorneys of record, that the above-captioned action shall be,

24  and hereby is, dismissed with prejudice as to all defendants. Each party shall bear its own fees

25  \ \ \ \

26  \ \ \ \

27  \ \ \ \

28  \ \ \ \

RC1/5329581.1/RMF

STIPULATION AND ORDER DISMISSING
ACTION WITH PREJUDICE
CASE NO. C08-03451 JW

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

and costs.

**IT IS SO STIPULATED.**

Dated: ~~June~~ Aug 3, 2009

BURNETT, BURNETT & ALLEN

By: _____
DOUGLAS B. ALLEN
Attorneys for Plaintiff,
RICHARD T. ABBATE

Dated: ~~June~~ August 12, 2009

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
PAMELA E. COGAN
ROBERT M. FORNI, JR.
Attorneys for Defendant,
LIBERTY MUTUAL FIRE INSURANCE COMPANY (erroneously sued herein as LIBERTY MUTUAL FIRE INSURANCE COMPANY aka LIBERTY MUTUAL INSURANCE COMPANY)

## ORDER

Pursuant to stipulation, **IT IS SO ORDERED**. The above-captioned action shall be, and hereby is, dismissed with prejudice as to all Defendants. Each party shall bear its own fees and costs. The Court terminates all pending deadlines, hearings and motions. The Clerk shall close this file.

Dated: August 14, 2009

_____
Hon. James Ware
United States District Judge

RC1/5329581.1/RMF

- 2 -

STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE
CASE NO. C08-03451 JW